**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE THE MATTER OF:** | ) **CHAPTER 13** | |
| | ) | |
| **Juliette Moncreaf** | ) | **07-30378** |
| | ) | |
| **Debtor.** | ) | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtors, individually, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1.	The Debtor states that she is able to complete his Chapter 13 Plan.

2.	The Debtor states that her failure to make payments pursuant to the Chapter 13 Plan was the result the debtors losing her employment at US Food Service and she has now gained part time employment, while she searches for full time employment.

3.	The Debtor states that she will be able to maintain her chapter 13 payment and she has tendered to the Trustee a payment of $338.00 this date.

4.	The Debtor has recommenced her Chapter 13 payments and she can properly make payments under her Chapter 13 Plan and it is in the best interest of the Debtor and the creditors that said case not be dismissed.

WHEREFORE, the premises considered, the Debtor requests this Court to overrule the Trustee's Motion to Dismiss.

DONE this the <u>22nd</u> day of April., 2008.

_/s/ Richard D. Shinbaum_
Richard D. Shinbaum (SHI007)
Vonda S. McLeod (MCL032)
Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the 22nd day of April, 2008

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

  /s/ Richard D. Shinbaum
Richard D. Shinbaum
Vonda S. McLeod