# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE THE MATTER OF: ) CHAPTER 13
)
JULIETTE MONCREAF )
) CASE NO. 07-30378
)
)
)
Debtor. )
)

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor's, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor lost her job at US Food Service. The Debtor is now working part time at the YMCA and her husband will help her make her payments as they come due.

2. The debtor can continue to make her plan payments. The debtor has sent in a payment to the Chapter 13 Trustee (see attached).

3. The Debtor wishes to stay in chapter 13.

WHEREFORE, the premises considered, the Debtors requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 2 day of February, 2009.

/s/ Vonda S. McLeod
Vonda S. McLeod
Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

# CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by electronic or postal mail on this the 2 day of February, 2009.

Hon. Curtis C. Reding  
Trustee in Chapter 13  
Post Office Box 173  
Montgomery, AL 36101

                                          /s/ Vonda S. McLeod  
                                          Vonda S. McLeod



Juliette Moncreaf